**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2187 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISON**

| | | |
|---|---|---|
| LISA D. HUDSPETH | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.3:14-cv-01465 |
| C.R. BARD, INC., et al | § § | |
| Defendants. | § § | |

**MOTION TO VACATE THE**
**CONDITIONAL TRANSFER ORDER (CTO-162)**

Plaintiff, pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, moves the Panel to vacate its order of December 15, 2014, conditionally transferring the above-captioned case to the United States District Court for the Southern District of West Virginia. This motion is accompanied by the attached brief in support of motion to vacate conditional transfer order.

Plaintiff respectfully requests the Clerk to set this motion for hearing at the next session of the Panel.

Respectfully submitted,
**WATERS & KRAUS, LLP**


 /s/  Charles S. Siegel
CHARLES S. SIEGEL
Texas State Bar No. 18341875
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244  Telephone
(214) 871-2263  Facsimile
siegel@waterskraus.com

~and~

**ANDERSON GLENN LLP**
GREGORY A. ANDERSON
Florida Bar No. 398853
Email: gaanderson@asglaw.com
JAMES NEALIS
Florida Bar No. 70098
Email: jnealis@asglaw.com
4400 Marsh Landing Boulevard, Suite 4
Ponte Vedra Beach, Florida 32082
(904) 273-4734
(904) 273-4712 (Fax)

ATTORNEYS FOR PLAINTIFF